# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LORETTA BROWN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-00428-N |
| ) | |
| KILOLO KIJAKAZI, *Acting* ) | |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |

# JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Loretta Brown and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Brown's application for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 1st day of November 2021.

                                           */s/ Katherine P. Nelson*
                                           **KATHERINE P. NELSON**
                                           **UNITED STATES MAGISTRATE JUDGE**